COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      B.H. v. Department of Family and Protective Services

Appellate case number:   01-11-00704-CV

Trial court case number:  9823370

Trial court:                    309th District Court of Harris County

On February 18, 2014, appellant, B.H., filed a "Motion to Report Appellant had no Duty to Offer an Andre's [sic] Response Fraud Upon the Courts," requesting sanctions against her previously appointed appellate counsel, Elsie Martin-Simon, and partial dismissal of her case. Appellant, however, does not specify the portion of her case that she would like to dismiss.

We **DENY** appellant's motion.  If appellant desires to have her appeal dismissed, appellant should file a motion to dismiss the appeal.  *See* TEX. R. APP. P. 10, 42.1(a).

It is so ORDERED.


Judge's signature: /s/ <u>Justice Laura C. Higley</u>
                          ☒    Acting individually     ☐ Acting for the Court

Date:  March 13, 2014